UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR M. MACIEL, an individual; ROSA MARIA MACIEL, an individual,<br><br>        Plaintiffs,<br>  v.<br><br>J.P. MORGAN CHASE BANK, N.A., et al.,<br><br>        Defendants. | Case No.: 11-CV-01106-LHK<br><br>ORDER DISMISSING CASE |

On March 22, 2011, Plaintiffs filed a notice voluntarily dismissing the instant action without prejudice. In accordance with Rule 41(a)(1)(A)(i), no party has served either an answer or a motion for summary judgment. The action is therefore DISMISSED without prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 25, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge